# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1185
LT Case No. 2014-CF-001656-A

_____

PAUL JAMES DUSKA,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Paul James Duska, Trenton, pro se.

No Appearance for Appellee.

October 7, 2025

PER CURIAM.

 AFFIRMED.

BOATWRIGHT, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____